UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE WATKINS, | No. 2:20-cv-1360 DB P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action 42 U.S.C. §1983. Plaintiff claims officers failed to protect him in violation of his Eighth Amendment. Presently before the court is defendants' motion to modify the discovery and scheduling order. (ECF No. 42.)

    Defendants filed a motion for summary judgment arguing plaintiff failed to exhaust administrative remedies on November 15, 2021. (ECF No. 36.) Defendants concurrently filed a motion to stay merits-based discovery and vacate the deadlines set forth in the DSO. (ECF No. 37.) By order dated December 14, 2021, the court granted defendant's request to stay merits-based discovery and stated that in the event defendants' pending motion for summary judgment is denied it would set new deadlines. Defendants now seek an order vacating the dispositive motion deadline. (ECF No. 42.) Plaintiff has yet to file a response to the motion summary judgment.

    Good cause appearing the court will grant defendants' motion. Accordingly, IT IS HEREBY ORDERED that defendants' motion to modify the scheduling order (ECF No. 42) is

granted.  The dispositive motion deadline set forth in the August 23, 2021 discovery and scheduling order (ECF No. 33) is vacated.  The court will issue new deadlines for any remaining claims after ruling on the pending exhaustion-based motion for summary judgment.

Dated: February 4, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner.Civil.Rights/watk1360.dispo.deadline