UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE WATKINS,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFF LYNCH, et al.,<br><br>          Defendants. | No. 2:20-cv-1360 KJM DB P<br><br><br>ORDER |

     Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  Plaintiff claims officers failed to protect him in violation of his Eighth Amendment.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On May 9, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 45.)  Neither party has filed objections to the findings and recommendations.

     Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Under Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 9, 2022, are adopted in full;
2. Defendants' motion for summary judgment (ECF No. 36) is denied as moot;
3. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b); and
4. The Clerk of Court is directed to close this case.

DATED: July 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE